IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAR 24 2014

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| SHANE SICHTING,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK R. JAQUETH, MICHELLE BARNEY, and SHEILAGH CLINCH,<br><br>Defendants. | CV 13-308-M-DWM<br><br><br><br>ORDER |

Plaintiff Shane Sichting has filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A). This notice was accepted by the Clerk of Court and the matter has been closed. However, in the notice, Sichting asked that the Clerk terminate the payment schedule for the filing fee upon entry of the Voluntary Dismissal. 28 U.S.C. § 1915 requires that a prisoner who brings a civil action in forma pauperis, pay the full amount of the filing fee. As Sichting was granted leave to proceed in forma pauperis, he must be charged the filing fee.

Accordingly, IT IS HEREBY ORDERED:

Sichting's request to not be charged the filing fee is denied.

DATED this 24th day of March 2014.

Donald W. Molloy
United States District Judge